## 36636. GRINDLE v. TRAMMELL et al.

Judgment affirmed without opinion pursuant to Rule 59(3) of this court.

*All the Justices concur.*

DECIDED JULY 29, 1980.

*Harben & Hartley, Sam S. Harben, Jr., Phillip L. Hartley,* for appellant.

*Charles R. Smith,* for appellee.